```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/17/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

C.F. individually and on behalf of her minor child, Y.F.,

               Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

               Defendant.

25 Civ. 5894 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated July 18, 2025, the Court directed the parties to file a joint letter and proposed case management plan by September 16, 2025. ECF No. 5. The parties' submissions are now overdue. Accordingly, by **October 16, 2025**, the parties shall file their joint letter and proposed case management plan.

    SO ORDERED.

Dated: September 17, 2025
       New York, New York

                                     ANALISA TORRES
                                United States District Judge