

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/16/2025__

**HON. MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MARTHA NIMMER**
*Special Assistant Corporation Counsel*
Cell: (917) 499-8632

October 15, 2025

**VIA ECF**
Hon. Analisa Torres
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, New York 10007

      Re:    *C.F., et al. v. New York City Dep't. of Educ.,* 25-cv-5894 (AT)(GS)

Dear Judge Torres:

     I am a Special Assistant Corporation Counsel in the Office of Corporation Counsel, the Hon. Muriel Goode-Trufant, attorney for Defendants in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on administrative proceedings under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400, *et seq.* ("IDEA"), as well as for this action.

     Defendant writes to respectfully request that the joint letter and proposed case management plan ("CMP") filing deadline be extended from October 16, 2025 to a date following the filing of Defendant's answer, currently set for November 6, 2025.  Plaintiff consents to this request.  Defendant apologizes for the tardiness of this request.  This is the first request for an extension of the joint letter and proposed CMP deadline.  The extension will give Defendant time to receive settlement authority and make an offer to Plaintiff.  The parties are hopeful that they can settle this matter without further burden on the Court's time.

     Accordingly, Defendant respectfully requests that the deadline for the joint letter and proposed CMP be extended to after November 6, 2025.

     Thank you for considering this request.

Respectfully submitted,
/s/
_____
Martha Nimmer
Special Assistant Corporation Counsel

cc: Courtney Haas, Esq. (via ECF)

GRANTED.

SO ORDERED.

Dated:  October 16, 2025
      New York, New York

_____
ANALISA TORRES
United States District Judge